JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-5107 ODW (VBKx) | Date | 9/28/11 |
| Title | *Sovereign Ventures, Inc. v. Claudio Ledesma, et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present                          Not Present

**Proceedings (In Chambers):   Order Remanding Action**

Defendants improperly removed this unlawful detainer action from state court. Because this Court simply lacks subject matter jurisdiction over the matter, it is hereby **REMANDED** from whence it came.

**SO ORDERED**

                                                            ----  :  00
                                  Initials of Preparer       SE

```
cc:order, docket, remand letter to
Los Angeles Superior Court, San Pedro
Courthouse, No. 11 D 00311
```